Honorable Richard A. Jones
Honorable J Richard Creatura

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HENRY J.B. DICK, Ph.D., <br><br>　　　　　　　Plaintiff, <br><br>　　v. <br><br>UNIVERSITY OF WASHINGTON, an agency of the State of Washington; and UW Port Captain Meegan Corcoran; Supervisor Shipboard Science Support Group Loren Tuttle; and Human Resources Investigator Joanne Wuitschick; individually and with their marital communities, if any; <br><br>　　　　　　　Defendant(s). | CASE NO. 2:21-cv-00805-RAJ-JRC <br><br> JURY DEMAND |

　　COMES NOW THE PLAINTIFF Henry J.B. Dick, Ph.D. and hereby demands a jury of 12.

DATED this 28th day of June, 2021.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Stephen A. Teller, WSBA No. 23372
　　　　　　　　　　　　　　　Attorney for Plaintiff Dr. Henry Dick

JURY DEMAND - 1

**Teller Law**
1139 34th Ave, Suite B
Seattle, WA  98122
(206) 324-8969   Fax: 860-3172

**Certificate of Service**

I hereby certify that on the date shown below I caused the above JURY DEMAND to be served on Defendant's counsel identified below through the Court's CM/ECF system and in addition via any additional means marked below, postage prepaid if by mail:

**Attorneys for Defendant**

    Seth Berntsen, WSBA #30379
    Attorneys for all Defendants
    Hathaway Burden, WSBA #52970
    *SethB@summitlaw.com*
    *HathawayB@summitlaw.com*

    SUMMIT LAW GROUP, PLLC
    315 FIFTH AVENUE SOUTH, SUITE 1000
    SEATTLE, WASHINGTON 98104-2682
    Telephone (206) 676-7000
    Fax (206) 676-7001

[ ]    e-mailed
[ ]    sent via postal service
[ ]    via messenger
[ ]    faxed

/s Stephen Teller
_____
Stephen Teller

JURY DEMAND - 2

**Teller Law**
1139 34th Ave, Suite B
Seattle, WA  98122
(206) 324-8969   Fax: 860-3172