UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HENRY JB DICK,

    Plaintiff,

v.

UNIVERSITY OF WASHINGTON, *et al.*,

    Defendants.

CASE NO. 2:21-cv-00805-RAJ-JRC

ORDER STRIKING MOTION

This matter is before the Court on plaintiff's motion to amend the scheduling order by extending the deadline to amend pleadings from January 17, 2022, to April 18, 2022. Dkt. 40.

By standing order, Judge Jones—the District Court judge presiding over this matter—requires that before filing any motion, counsel "first contact opposing counsel to discuss *thoroughly*, preferably in person, the *substance* of the contemplated motion *and any potential resolution*." General Motions Practice at 1, https://www.wawd.uscourts.gov/judges/jones-procedures; *see also* LCR 1(c)(6) (requiring a "good faith conference *in person or by telephone* to attempt to resolve the matter in dispute without the court's involvement." (Emphasis added.)).

ORDER STRIKING MOTION - 1

1       Plaintiff did not comply with these requirements before filing the pending motion.  *See* Dkt. 40, at 7.  Instead, plaintiff emailed opposing counsel on Christmas Eve to ask if counsel would stipulate to an extension.  Dkt. 40, at 7.  *But see* General Motions Practice at 1 ("The parties must discuss the substantive grounds for the motion and attempt to reach an accord that would eliminate the need for the motion. . . .  *All* motions must include a declaration by counsel briefly describing the parties' discussion and attempt to eliminate the need for the motion and the date of such discussion.").  And when defense counsel did not respond, plaintiff sent a brief reminder email on December 29, 2021.  Dkt. 40, at 7.

        Therefore, and pursuant to Judge Jones' standing order in civil cases, the motion for relief from the deadline to amend pleadings (Dkt. 40) is stricken from the docket.  Defense counsel is also reminded that responses are required—it requires two parties to meet and confer.

        Plaintiff may refile the motion if plaintiff complies with the meet and confer requirement, as outlined on Judge Jones' chambers procedures webpage and in the Court's Local Civil Rules.  "Half-hearted attempts at compliance with this rule will not satisfy counsel's obligation."  General Motions Practice, at 1.

        Dated this 19th day of January, 2022.

                                                                    J. Richard Creatura
                                                                    Chief United States Magistrate Judge